```
        IN THE UNITED STATES DISTRICT COURT FOR THE
              SOUTHERN DISTRICT OF MISSISSIPPI
                      EASTERN DIVISION
```

**VERNON IRBY, JR.**                                                                 **PLAINTIFF**

**VS.**                                                  **Civil Action No. 4:07–CV–135 HTW–LRA**

**NEW HAMPSHIRE INDEMNITY COMPANY**                                                  **DEFENDANT**

## FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE

THIS DAY this cause came on to be heard on motion of the Plaintiff, Vernon Irby, Jr., in the above styled and numbered cause, to dismiss all claims asserted against the Defendant, New Hampshire Indemnity Company, Inc., in the above styled and numbered cause with prejudice, and the Court having heard and considered said motion, and having found that this cause has been compromised and settled, the Plaintiff having received full accord and satisfaction of all causes of action he has against the Defendant, New Hampshire Indemnity Company, Inc., this Court is of the opinion that this motion is well taken and should be and is hereby sustained.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the above styled and numbered cause shall be and is hereby dismissed with prejudice.

**SO ORDERED AND ADJUDGED,** this the 29th day of May, 2008.

                                s/ HENRY T. WINGATE
                                CHIEF UNITED STATES DISTRICT JUDGE

AGREED:


 s/Joe Clay Hamilton
Joe Clay Hamilton, Esq.
R. Kevin Hamilton, Esq.
Attorneys for Plaintiff

 s/William H. Creel, Jr.
Edward J. Currie, Jr., Esq.
William H. Creel, Jr., Esq.
Attorneys for Defendant


**Civil Action No. 4:07-CV-135 HTW-LRA**
**Final Judgment of Dismissal with Prejudice**